IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RALPH W. DANIELS, an individual, <br> DAVID D. BINGHAM, an individual, <br> and <br> JASON L. ADAMS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> TANMAR RENTALS, L.L.C., a foreign corporation, and <br> RANDY CORUM, an individual, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-14-91-RAW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT DISMISSAL WITH PREJUDICE

Plaintiffs Ralph W. Daniels, David D. Bingham, and Jason L. Adams, by and through their attorneys of record, and Defendants TanMar Rentals, L.L.C. and Randy Corum, by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiffs, pursuant to Fed. R. Civ. P. 41(a). The parties stipulate that they shall each bear their own attorneys fees and costs.

Respectfully submitted,

*s/Blake Sonne*_____
Blake Sonne, OBA #20341
SONNE LAW FIRM, PLC
P.O. Box 667
Norman, OK 73070
(405) 664-2919
(405) 872-8897 (fax)

1

AND

Kurt B. Sweeney, OBA #17455
Sweeney Draper & Christopher, PLLC
PO Box 190
Ada, OK 74821
580-332-7200
Fax: 580-332-7201
Email: kurtsweeney@cableone.net
**ATTORNEY FOR PLAINTIFFS**


*s/Nathan Whatley*
*(signed with permission)*
Nathan Whatley, OBA #14601
Kristin M. Simpsen, OBA #22302
McAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: 405-235-9621
Facsimile:  405-235-0439
nathan.whatley@mcafeetaft.com
kristin.simpsen@mcafeetaft.com
**ATTORNEYS FOR DEFENDANTS**